UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Xavier Flores,                    )
                                  )
         Plaintiff,               )
                                  )
         v.                       )        Civil Action No.    13- 688
                                  )
Mariana Guadamud *et al.*,        )
                                  )
         Defendants.              )
_____ )

MEMORANDUM OPINION

This matter is before the Court on review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant plaintiff's application to proceed *in forma pauperis* and will dismiss this action for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3) (requiring the court to dismiss an action "at any time" it determines that subject matter jurisdiction is wanting).

Plaintiff, a homeless individual who submitted more than 30 cryptic complaints within the first two weeks of March alone, sues various high-level political figures, including President Barack Obama, former President George H.W. Bush, New York Governor Andrew Cuomo, and former Secretary of State Hillary Clinton. He alleges only that "I have not receive[d] payment for work." Compl. at 2. Plaintiff seeks "to enforce" the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.*, but he has not stated any facts suggesting that he has been discriminated against because of a disability.

The law is clear that "federal courts are without power to entertain claims otherwise within their jurisdiction if they are 'so attenuated and unsubstantial as to be absolutely devoid of

1

merit.' " *Hagans v. Lavine*, 415 U.S. 528, 536-7 (1974) (quoting *Newburyport Water Co. v. Newburyport*, 193 U.S. 561, 579 (1904)); *accord Tooley v. Napolitano*, 586 F.3d 1006, 1009 (D.C. Cir. 2009) ("A complaint may be dismissed on jurisdictional grounds when it "is 'patently insubstantial,' presenting no federal question suitable for decision.") (quoting *Best v. Kelly*, 39 F.3d 328, 330 (D.C. Cir. 1994). The instant complaint satisfies this standard and, therefore, will be dismissed. A separate order accompanies this Memorandum Opinion.

Date: May 3, 2013

United States District Judge